# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | |
| LUIS RENE ZAVALA-ACOSTA | ) | Case No. 19-mj-00108-NRN |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief:

On or about the date(s) of April 25, 2019, in the county of El Paso in the State and District of Colorado, the defendants violated:

| *Code Section* | *Offense Description* |
|---|---|
| 21 U.S.C. §§ 841(a)(1) and (b)(1)(A) | Distribution and possession with intent to distribute narcotics |
| 21 U.S.C. § 846 | Conspiracy to distribute and possess with intent to distribute narcotics |

This criminal complaint is based on these facts:

See Affidavit attached hereto and herein incorporated by reference.

**X** Continued on attached sheet.

*/s Jason Del Toro*
*Complainant's signature*

DEA Special Agent Jason Del Toro
*Printed name and title*

Sworn to before me and: ☐ signed in my presence.
☒ submitted, attested to, and acknowledged by reliable electronic means.

Date: 04/26/2019

*N. Reid Neureiter*
*Judge's signature*

City and state: Denver, Colorado

Magistrate Judge N. Reid Neureiter
*Printed name and title*