IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2019 APR 30 PM 12: 47

JEFFREY P. COLWELL
CLERK

BY_____ DEP. CLK

Criminal Action No. 19-mj-108

UNITED STATES OF AMERICA,
Plaintiff,
v.

LUIS RENE ZAVALA-ACOSTA,
Defendant.

## NOTICE OF ATTORNEY APPEARANCE

Miller Leonard, Miller Leonard, PC, hereby gives notice of his appearance as attorney for defendant in this matter.

Respectfully Submitted,

/s/Miller Leonard
Attorney for Defendant
CO Reg. # 41029
14143 Denver West Pkwy, Suite 100
Golden, CO 80401
720-613-8783 Phone
303-907-9516 Cellular Phone
millermleonard@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that this Entry of Appearance was delivered, via the ECF system for the District of Colorado to all parties, on April 30, 2019.

/s/ Miller Leonard